IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY BOLTON, #196 971, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-721-RAH-KFP |
| ) | |
| WEXFORD HEALTH SOURCES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 14, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 7th day of April, 2022.

                                        /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE